# EXHIBIT A

## Alan McKinley

| | |
|---|---|
| **From:** | Alan McKinley |
| **Sent:** | Friday, October 26, 2018 4:52 PM |
| **To:** | Ari Kaplan |
| **Subject:** | Original Letter of Intent |
| **Attachments:** | LOI Termination Letter.pdf |

Ari,

As you know, on February 24, 2017, AO Eyewear, Inc, and Kaizen Advisors, LLC entered into a Letter of Intent.

A lot has taken place since that date.  AO Eyewear's business turnaround is well underway.  We have discussed the turnaround, and you have seen the numbers.

When we met in Las Vegas in September, we had a frank and candid conversation. I told you that because AO's turnaround has already commenced, greatly reducing the risk entailed in a purchase, the economic terms proposed in the February 24, 2017 Letter of Intent no longer made sense. You told me that you understood.  We discussed new economic terms and I attempted to summarize our understanding of the new economic terms in the emails that I sent to you on Friday, October 19th and Monday, October 22nd.

In order to clean up some pending loose ends, given that the economic terms contained in the original Letter of Intent are no longer viable, and given that the exclusivity period in the Letter of Intent has long expired, I am sending you a formal letter officially terminating the Letter of Intent dated February 24, 2017.  A copy of the letter terminating the Letter of Intent is attached to this email.  I'll send a hard copy for your reference.

Let me know if you have any questions or concerns.


Regards,

Alan J. McKinley
President

(800) 777-1173
529 Ashland Ave, Suite 3
Southbridge, MA 01550
aoeyewear.com



1



October 24, 2018

<u>CONFIDENTIAL</u>

Kaizen Advisors, LLC
2224 Main Street
Santa Monica, CA 90405

Attention: Ari Kaplan, Managing Member

Dear Ari:

By this letter, AO Eyewear, Inc. ("AO") terminates the Letter of Intent dated February 24, 2017 between Kaizen Advisors, LLC ("Kaizen") and AO.

This step, termination of the Letter of Intent, is not taken to end all practical business discussions. On Friday October, 19, 2018 and Monday, October 22nd, I sent you emails that stated what I understand to be newly agreed-upon economic terms and provided guidance with regard to non-economic terms.

I look forward to continuing our discussions about closing this deal soon.

Regards,

Alan J. McKinley
President
AO Eyewear, Inc.