ADAM D.H. GRANT (State Bar No. 153271)
agrant@alpertbarr.com
RYAN T. KOCZARA (State Bar No. 219920)
rkocara@alpertbarr.com
ALPERT, BARR & GRANT
A Professional Law Corporation
6345 Balboa Boulevard, Suite I-300
Encino, California 91316-1523
PHONE: (818) 881-5000; FAX: (818) 881-1150

Attorneys for Plaintiff ALAN McKINLEY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALAN MCKINLEY,<br><br>Plaintiff,<br><br>vs.<br><br>KAIZEN ADVISORS, et al.<br><br>Defendants. | CASE NO. 2:19-cv-05909-FMO (SKx)<br><br>**ORDER RE STIPULATION [41] OF DISMISSAL WITHOUT PREJUDICE**<br><br>**Action Filed January 30, 2019** |

The Court, having considered the parties' Stipulation for Dismissal Without Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. This action be dismissed without prejudice, including all claims, cross-claims and counterclaims.

2. Each party is to bear its own costs and fees in connection with this action.

**IT IS SO ORDERED**.

Dated: <u>August 9, 2019</u>

/s/
───────────────────────────
HON. FERNANDO M. OLGUIN
United States District Judge